Rory Leisinger, Esq. (SBN: 277476)
Leisinger Law LLP
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: 626-290-2868
Rory@leisingerlaw.com
Attorney for Plaintiff,
Heather Frierson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER FRIERSON,<br><br>Plaintiff,<br><br>vs.<br><br>STATES RECOVERY SYSTEMS, INC.<br><br>Defendant. | **Case No. 2:17-CV-00781-WBS-EFB**<br><br>**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT HEARING**<br>**RE: MOTION TO DISMISS THE COMPLAINT**<br><br>Date: June 12, 2017<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA 95814<br>HONORABLE WILLIAM B. SHUBB |

The Court, having reviewed the Motion to Appear Telephonically at the Hearing regarding Defendant States Recovery Systems, Inc. (Hereinafter "Defendant") Motion to Dismiss the Complaint, and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED** that Plaintiff may appear telephonically at the Hearing regarding Defendant's Motion to Dismiss the Complaint, currently set to be heard on June 12, 2017, at 1:30 p.m. in Courtroom "5" of the above-entitled Court, by and through her counsel

[PROPOSED] ORDER GRANTING PLAINITFF'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS THE COMPLAINT

1

Rory C. Leisinger, Esq.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  June 2, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINITFF'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS THE COMPLAINT